# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KATHALEEN HADLEY, | CASE NO. 05-34986 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO:  the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 South Dearborn, Courtroom 744
          Chicago, Illinois 60604

    on:   **February 27, 2008**
    at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                               $          10,108.07

    b. Disbursements                          $               0.00

    c. Net Cash Available for Distribution    $          10,108.07

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Louis W. Levit, Trustee | 0.00 | $1,564.43 | 30.30 |
| Louis W. Levit, P.C., *Trustee's Attorney (Tr. Firm)* | 0.00 | $2,475.00 | 0.00 |

Kathaleen Hadley, *Debtor's Exemption*[1]                                       0.00              720.00

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $3,704.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Premier Bankcard | $ 427.06 | $ 469.78 |
| 2 | US DEPARTMENT OF EDUCATION | $ 1,728.19 | $ 1,901.06 |
| 3 | Arrow Financial Services LLC | $ 1,548.80 | $ 1,703.73 |
| SURPLUS | Kathaleen Hadley | $ 1,243.77 | $ 1,243.77 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **February 1, 2008**                For the Court,

                                By: **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court

---

[1] The April 18, 2006 Order Allowing Trustee to Compromise Controversy ("Order") of the Pyramid Partnership cause of action ("Pyramid") granted Trustee authority to settle pursuant to the terms of the Trustee's Motion to Compromise Controversy ("Motion"). The Motion provided that the Debtor's exemption for Pyramid would be allowed as scheduled. The original scheduled amount of the exemption was $720.00. The Debtor subsequently filed amended schedules which increased the exemption to $1,730.00. Trustee has computed the final distribution based upon the original amount of the claimed exemption and submits to the Court that such treatment is appropriate per the Order and of no adverse material affect to the Debtor since the Debtor is receiving surplus Estate funds in the amount of $1,243.77, thereby providing aggregate distribution to the Debtor in the amount of $1,963.77.

21 W. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    LOUIS W.  LEVIT
Address:   LOUIS W. LEVIT, P. C,
           555 Skokie Blvd
           SUITE 500
           Northbrook, IL  60062
Phone No.: (847) 897-5710

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

 -4986   Doc 39   Filed 02/01/08   Entered 02/03/08 23:44:37   Desc Imaged
              Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Feb 01, 2008
Case: 05-34986                Form ID: pdf002          Total Served: 22

The following entities were served by first class mail on Feb 03, 2008.
db         +Kathaleen Hadley,    1806 S Homan, Apt  2,    Chicago, IL 60623-2645
aty        +David S Yen,    Legal Assist Found Of Metro Chicago,    111 West Jackson Blvd. 3rd Floor,
             Chicago, IL 60604-4140
aty        +Louis W Levit, ESQ,    555 Skokie Blvd, Suite 500,    Northbrook, IL 60062-2845
tr         +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
9764228    +Ameritech/SBC,    24251 Acacia,    Redford, MI 48239-2850
10576751    Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
9764230    +CCB,    4700 Exchange Ct.,    Boca Raton, FL 33431-4464
9764229    +Capital One Bank,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
9764231     City of Chicago,    Bureau of Parking,    P.O. Box 88292,    Chicago, IL 60680-1292
9764232    +Cook County Hospital,    1835 W. Harrison,    Chicago, IL 60612-3785
9764233    +First Premier Bank,    900 Delaware,    Suite 7,    Sioux Falls, SD 57104-0337
9764234    +HSBC Auto,    6602 Convoy Ct.,    San Diego, CA 92111-1009
9764235    +MCI Residential Services,    3470 Rider Trail South,    ATTN: Bankruptcy,
             Earth City, MO 63045-1109
9764236    +NCO Financial Sys,    507 Prudential Rd.,    Horsham, PA 19044-2368
9764237    +Peoples Gas, Light & Coke, Co.,    130 E. Randolph,    c/o Special Projects,
             Chicago, IL 60601-6207
10558415   +Premier Bankcard,    Post Office BOX 2208,    Vacaville, CA 95696-8208
9764238    +Sprint PCS,    4950 College Blvd.,    Overland Park, KS 66211-1612
9764239    +St. Anthony Hospital,    2875 W. 19th Street,    Chicago, IL 60623-3596
9764240    +TCF National Bank of Illinois,    2901 N. Mannheim Road,    Franklin Park, IL 60131-2223
9764241    +U.S. Department of Education,    Direct Loans,    501 Bleeker St.,    Utica, NY 13501-2401
10563195    US DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    PO BOX 5609,
             GREENVILLE, TX 75403-5609
10443908   +Wells Fargo Bank,    c/o McCalla, Raymer et al,    1544 Old Alabama Rd,    Roswell, GA 30076-2102

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2008**                 **Signature:**    *Joseph Speetjens*