**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KATHALEEN HADLEY, | CASE NO. 05-34986 ERW |
| | HON. EUGENE R. WEDOFF |
| Debtor | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE EUGENE R. WEDOFF,
      BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

    All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


May 7, 2008                              /s/Louis W. Levit, Trustee
DATE                                     LOUIS W.  LEVIT, TRUSTEE

**EXHIBIT A**

Case 05-34986    Doc 43    Filed 05/08/08    Entered 05/08/08 09:08:06    Desc Main
Document    Page 2 of 19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                                   CHAPTER 7 CASE

KATHALEEN HADLEY,                                        CASE NO. 05-34986 ERW

        Debtor                                        JUDGE EUGENE R. WEDOFF

## ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSE REIMBURSEMENT

THIS MATTER BEING HEARD on Louis W. Levit, Trustee's first and final request for the allowance of fees and expense reimbursement, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that Louis W. Levit, Trustee's compensation and expense reimbursement is allowed as follows:

1. Trustee's compensation                                $1,564.43
2. Trustee's expenses                                    $30.30

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 27 day of February, 2008.

ENTERED _____
EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KATHALEEN HADLEY, | CASE NO. 05-34986 |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

### ORDER AWARDING COMPENSATION
### TO LOUIS W. LEVIT, P. C., TRUSTEE'S ATTORNEYS

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation of Louis W. Levit, P. C., notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation is allowed as follows:

Louis W. Levit, P. C.
a. *Attorney for Trustee Compensation*                $2,475.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this 27 day of February, 2008

ENTERED: _____
JUDGE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

Case 05-34986    Doc 43    Filed 05/08/08    Entered 05/08/08 09:08:06    Desc Main
Document    Page 5 of 19

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KATHALEEN HADLEY, | CASE NO. 05-34986 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ |
| Chapter 7 Administrative Expenses: | $ 4,789.73 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,704.05 |
| Interest on Unsecured Claims | $ 370.52 |
| Surplus to Debtor | $ 1,262.36 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,126.66 |

**PROPOSED DISTRIBUTION REPORT**  **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | 0.00 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 4,069.73 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Louis W. Levit, Trustee | 1,564.43 | 1,564.43 |
| | Louis W. Levit, Trustee, *Attorney for Trustee Expenses (Trustee Firm)* | 30.30 | 30.30 |
| | Louis W. Levit, P.C., *Attorney for Trustee Fees (Trustee Firm)* | 2,475.00 | 2,475.00 |
| DEBTOR | Kathaleen Hadley, *Debtor Exemption* | 720.00[1] | 720.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

---

[1] The April 18, 2006 Order Allowing Trustee to Compromise Controversy ("Order") of the Pyramid Partnership cause of action ("Pyramid") granted Trustee authority to settle pursuant to the terms of the Trustee's Motion to Compromise Controversy ("Motion"). The Motion provided that the Debtor's exemption for Pyramid would be allowed as scheduled. The original scheduled amount of the exemption was $720.00. The Debtor subsequently filed amended schedules which increased the exemption to $1,730.00. Trustee has computed the final distribution based upon the original amount of the claimed exemption and submits to the Court and Debtor that such treatment is appropriate per the Order and of no adverse material affect to the Debtor since the Debtor is receiving surplus Estate funds in the amount of $1,262.36, thereby providing aggregate distribution to the Debtor in the amount of $1,963.77.

**PROPOSED DISTRIBUTION REPORT**             **PAGE 3**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | 0.00 | 0.00% |

**PROPOSED DISTRIBUTION REPORT**                                           **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL                     $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL                     $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL                     $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL                     $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL                     $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | 3,704.05 | 100.00% |

**PROPOSED DISTRIBUTION REPORT**                                              **PAGE 5**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 1 | Premier Bankcard | 427.06 | 427.06 |
| 2 | US DEPARTMENT OF EDUCATION | 1,728.19 | 1,728.19 |
| 3 | Arrow Financial Services LLC | 1,548.80 | 1,548.80 |
| | TOTAL | $ | 3,704.05 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $  0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | 3,704.05 | 100.00%[2] |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 1 | Premier Bankcard | 427.06 | 42.72 |

---

[2]  Calculated at 3.88% from the Petition Date to the final distribution date (March 31, 2008)

**PROPOSED DISTRIBUTION REPORT**                                                                **PAGE 6**

| | | | |
|---|---|---:|---:|
| 2 | US DEPARTMENT OF EDUCATION | 1,728.19 | 172.87 |
| 3 | Arrow Financial Services LLC | 1,548.80 | 154.93 |
| | | TOTAL   $ | 370.52 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(6) - Surplus to Debtor | $ 1,262.36 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 1,262.36 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 25, 2008                         /s/Louis W. Levit, Trustee
                                              LOUIS W. LEVIT, Trustee

**EXHIBIT C**

Case 05-34986    Doc 43    Filed 05/08/08    Entered 05/08/08 09:08:06    Desc Main
Document      Page 13 of 19

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-34986 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | HADLEY, KATHALEEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-7521360 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/07/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/03/06 | {4} | Pyramid Partnershp, Inc. | Settlement of Lawsuit | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.92 | | 10,005.92 |
| 06/30/06 | | JP Morgan Chase Bank | Reversal--backup withholding | 2990-000 | | -1.66 | 10,007.58 |
| 06/30/06 | | JP Morgan Chase Bank | Reversal--Backup withholding | 2990-000 | | -1.84 | 10,009.42 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 6.58 | | 10,016.00 |
| 06/30/06 | | JP Morgan Chase Bank | Backup withholding taxes B | 2990-000 | | 1.66 | 10,014.34 |
| 06/30/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 1.84 | 10,012.50 |
| 07/31/06 | | JP Morgan Chase Bank | Reversal--Backup withholding | 2990-000 | | -1.90 | 10,014.40 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.80 | | 10,021.20 |
| 07/31/06 | | JP Morgan Chase Bank | Backup withholding taxes | 2990-000 | | 1.90 | 10,019.30 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Reversal--Backup withholding | 2990-000 | | -1.71 | 10,021.01 |
| 08/31/06 | | JP Morgan Chase Bank | Reversal--balance of backup withholding | 2990-000 | | -0.20 | 10,021.21 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.81 | | 10,028.02 |
| 08/31/06 | | JP MOrgan Chase Bank | Backup withholding taxes | 2990-000 | | 1.91 | 10,026.11 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.36 | | 10,032.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.02 | | 10,039.49 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.59 | | 10,046.08 |
| 12/29/06 | | JP Morgan Chase Bank | Reversal--Backup withholding | 2990-000 | | -1.78 | 10,047.86 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.37 | | 10,054.23 |
| 12/29/06 | | JP MOrgan Chase Bank | Backup withholding taxes | 2990-000 | | 1.78 | 10,052.45 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.69 | | 10,059.14 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.00 | | 10,064.14 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.37 | | 10,069.51 |
| | | | | Subtotals : | $10,069.51 | $0.00 | |

{} Asset reference(s)    Printed: 05/07/2008 09:12 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-34986 ERW
**Case Name:** HADLEY, KATHALEEN
**Taxpayer ID #:** 13-7521360
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****71-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.55 | | 10,075.06 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.55 | | 10,080.61 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.20 | | 10,085.81 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 | | 10,091.55 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.56 | | 10,097.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.03 | | 10,102.14 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.93 | | 10,108.07 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 5.25 | | 10,113.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.15 | | 10,118.47 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.62 | | 10,123.09 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.07 | | 10,125.16 |
| 03/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 1.50 | | 10,126.66 |
| 03/24/08 | | To Account #********7166 | For Final Distribution | 9999-000 | | 10,126.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,126.66 | 10,126.66 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 10,126.66 | |
| | | | **Subtotal** | | 10,126.66 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,126.66** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-34986 ERW  
**Case Name:** HADLEY, KATHALEEN  
**Taxpayer ID #:** 13-7521360  
**Period Ending:** 05/07/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/08 |  | From Account #*********7165 | For Final Distribution | 9999-000 | 10,126.66 |  | 10,126.66 |
| 04/07/08 | 101 | Kathaleen Hadley | Dividend paid 100.00% on $720.00; Claim# DEBTOR; Filed: $720.00; Reference: Voided on 04/14/08 | 8100-000 |  | 720.00 | 9,406.66 |
| 04/07/08 | 102 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 04/14/08 | 3110-000 |  | 2,475.00 | 6,931.66 |
| 04/07/08 | 103 | Premier Bankcard | Dividend paid 100.00% on $427.06; Claim# 1; Filed: $427.06; Reference: Voided on 04/14/08 | 7100-000 |  | 427.06 | 6,504.60 |
| 04/07/08 | 104 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,728.19; Claim# 2; Filed: $1,728.19; Reference: Voided on 04/14/08 | 7100-000 |  | 1,728.19 | 4,776.41 |
| 04/07/08 | 105 | Arrow Financial Services LLC | Dividend paid 100.00% on $1,548.80; Claim# 3; Filed: $1,548.80; Reference: Voided on 04/14/08 | 7100-000 |  | 1,548.80 | 3,227.61 |
| 04/07/08 | 106 | Premier Bankcard | Dividend paid 100.00% on $42.72; Claim# 1; Filed: $42.72; Reference: Voided on 04/14/08 | 7990-000 |  | 42.72 | 3,184.89 |
| 04/07/08 | 107 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $172.87; Claim# 2; Filed: $172.87; Reference: Voided on 04/14/08 | 7990-000 |  | 172.87 | 3,012.02 |
| 04/07/08 | 108 | Arrow Financial Services LLC | Dividend paid 100.00% on $154.93; Claim# 3; Filed: $154.93; Reference: Voided on 04/14/08 | 7990-000 |  | 154.93 | 2,857.09 |
| 04/07/08 | 109 | HADLEY, KATHALEEN | Dividend paid 100.00% on $1,262.36; Claim | 8200-000 |  | 1,262.36 | 1,594.73 |
| | | | | Subtotals : | $10,126.66 | $8,531.93 | |

{} Asset reference(s)   
Printed: 05/07/2008 09:12 AM    V.10.03

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-34986 ERW
**Case Name:** HADLEY, KATHALEEN
**Taxpayer ID #:** 13-7521360
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/08 | 110 | Louis W. Levit, Trustee | SURPLUS; Filed: $1,262.36; Reference: Voided on 04/14/08 | 2100-000 | | 1,594.73 | 0.00 |
| 04/14/08 | 101 | Kathaleen Hadley | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Voided on 04/14/08 | 8100-000 | | -720.00 | 720.00 |
| 04/14/08 | 101 | Kathaleen Hadley | Dividend paid 100.00% on $720.00; Claim# DEBTOR; Filed: $720.00; Reference: Voided: check issued on 04/07/08 | | | | |
| 04/14/08 | 102 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 04/07/08 | 3110-000 | | -2,475.00 | 3,195.00 |
| 04/14/08 | 103 | Premier Bankcard | Dividend paid 100.00% on $427.06; Claim# 1; Filed: $427.06; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -427.06 | 3,622.06 |
| 04/14/08 | 104 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,728.19; Claim# 2; Filed: $1,728.19; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -1,728.19 | 5,350.25 |
| 04/14/08 | 105 | Arrow Financial Services LLC | Dividend paid 100.00% on $1,548.80; Claim# 3; Filed: $1,548.80; Reference: Voided: check issued on 04/07/08 | 7100-000 | | -1,548.80 | 6,899.05 |
| 04/14/08 | 106 | Premier Bankcard | Dividend paid 100.00% on $42.72; Claim# 1l; Filed: $42.72; Reference: Voided: check issued on 04/07/08 | 7990-000 | | -42.72 | 6,941.77 |
| 04/14/08 | 107 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $172.87; Claim# 2l; Filed: $172.87; Reference: | 7990-000 | | -172.87 | 7,114.64 |
| | | | **Subtotals :** | | **$0.00** | **$-5,519.91** | |

{} Asset reference(s)

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-34986 ERW
**Case Name:** HADLEY, KATHALEEN
**Taxpayer ID #:** 13-7521360
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/08 | 108 | Arrow Financial Services LLC | Voided: check issued on 04/07/08 Dividend paid 100.00% on $154.93; Claim# 3; Filed: $154.93; Reference: | 7990-000 | | -154.93 | 7,269.07 |
| 04/14/08 | 109 | HADLEY, KATHALEEN | Voided: check issued on 04/07/08 Dividend paid 100.00% on $1,262.36; Claim# SURPLUS; Filed: $1,262.36; Reference: | 8200-000 | | -1,262.36 | 8,531.43 |
| 04/14/08 | 110 | Louis W. Levit, Trustee | Voided: check issued on 04/07/08 COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | 2100-000 | | -1,594.73 | 10,126.16 |
| 04/14/08 | 111 | Kathaleen Hadley | Dividend paid 100.00% on $720.00; Claim# DEBTOR; Filed: $720.00; Reference: | 8100-000 | | 720.00 | 9,406.16 |
| 04/14/08 | 112 | Louis W. Levit, P.C. | Dividend paid 100.00% on $2,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,475.00 | 6,931.16 |
| 04/14/08 | 113 | Premier Bankcard | Dividend paid 100.00% on $427.06; Claim# 1; Filed: $427.06; Reference: | 7100-000 | | 427.06 | 6,504.10 |
| 04/14/08 | 114 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,728.19; Claim# 2; Filed: $1,728.19; Reference: | 7100-000 | | 1,728.19 | 4,776.41 |
| 04/14/08 | 115 | Arrow Financial Services LLC | Dividend paid 100.00% on $1,548.80; Claim# 3; Filed: $1,548.80; Reference: | 7100-000 | | 1,548.80 | 3,227.61 |
| 04/14/08 | 116 | Premier Bankcard | Dividend paid 100.00% on $42.72; Claim# 1; Filed: $42.72; Reference: | 7990-000 | | 42.72 | 3,184.89 |
| 04/14/08 | 117 | US DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $172.87; Claim# 2; Filed: $172.87; Reference: | 7990-000 | | 172.87 | 3,012.02 |
| 04/14/08 | 118 | Arrow Financial Services LLC | Dividend paid 100.00% on $154.93; Claim# 3; | 7990-000 | | 154.93 | 2,857.09 |
| | | | Subtotals : | | $0.00 | $4,257.55 | |

{} Asset reference(s)

**Form 2**
**Cash Receipts And Disbursements Record**

**Case Number:** 05-34986 ERW
**Case Name:** HADLEY, KATHALEEN

**Taxpayer ID #:** 13-7521360
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/08 | 119 | HADLEY, KATHALEEN | Filed: $154.93; Reference: Dividend paid 100.00% on $1,262.36; Claim# SURPLUS; Filed: $1,262.36; Reference: | 8200-000 | | 1,262.36 | 1,594.73 |
| 04/14/08 | 120 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,594.73 | 0.00 |
| | | | Dividend paid 100.00% 1,564.43 on $1,564.43; Claim# ; Filed: $1,564.43 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 30.30 on $30.30; Claim# ; Filed: $30.30 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,126.66 | 10,126.66 | **$0.00** |
| | | | Less: Bank Transfers | | 10,126.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,126.66 | |
| | | | Less: Payments to Debtors | | | 1,982.36 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,144.30** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-34986 ERW
**Case Name:** HADLEY, KATHALEEN
**Taxpayer ID #:** 13-7521360
**Period Ending:** 05/07/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****71-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****71-65 | 10,126.66 | 0.00 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 8,144.30 | 0.00 |
| | $10,126.66 | $8,144.30 | $0.00 |